IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL PAINTER,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 580, 2016 |
| Appellant, | § | |
| | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| LOUISE PAINTER, | § | |
| | § | |
| | § | File No. CN14-092909 |
| Respondent Below, | § | Petition No. 16-04765 |
| Appellee. | § | |
| | § | |
| | § | |

Submitted:  July 28, 2017
Decided:     September 7, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## ORDER

This 7th day of September 2017, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's well-reasoned order,[2] dated November 7, 2016, affirming the Commissioner's denial of the appellant's motion for contempt of a protection from abuse order.

---

[1] The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).

[2] We note that although the order refers to the daycare incident as occurring on October 9, 2015 and October 9, 2016, it is undisputed that the event occurred on October 9, 2015.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice